**Dismissed and Opinion Filed May 3, 2022**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00740-CV

### NATALIE THARP, Appellant
### V.
### CAMERON RENEAU, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02362-E**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Molberg

Before the Court is appellee's motion to dismiss the appeal for want of prosecution. By order dated February 23, 2022, we granted appellant's second motion for an extension of time to file her brief, extended the deadline to March 21, and cautioned her that further extension requests would be disfavored. To date, appellant has not filed a brief, a response to appellee's motion, or otherwise communicated with the Court. In light of these circumstances, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b).

/Ken Molberg//
KEN MOLBERG
JUSTICE

210740f.p05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

NATALIE THARP, Appellant

No. 05-21-00740-CV      V.

CAMERON RENEAU, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-02362-E.
Opinion delivered by Justice Molberg. Justices Reichek and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 3rd day of May, 2022.